# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138850

JEFFREY A. TRUCKOR and ALCATRAZ
INDUSTRIES, INC.,
          Plaintiffs-Appellants,

v

ERIE TOWNSHIP, DENISE GORDY, PAUL
RICHARDSON, GARY LOWRY, WILLIAM
JACOBS, LARRY GUINN, JEFF BENORE,
DENNIS STARK, PAUL MIKELS, DAN
BONKOSKI, CINDY BAUM, GAYLE BURLEN,
DIANE LAPLANTE, AMY WHIPPLE, TAD
COUSINO, and W. THOMAS GRAHAM,
          Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138850
COA: 279475
Monroe CC: 05-020863-CH

On order of the Court, the application for leave to appeal the March 31, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

s0831